Form rfiler – ntcrefilerv27.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 21−15849−CMG
                        Chapter: 13
                        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angelica Velez
   22 Cannonball Drive
   Barnegat, NJ 08005

Social Security No.:
   xxx−xx−0471

Employer's Tax I.D. No.:

## NOTICE OF EVIDENCE OF REPEAT FILING

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

   You are hereby notified that the Clerk has determined that the

      ☑    debtor
      ☐    joint debtor

   received a discharge in case number 20−10594 , commenced on 1/14/20. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

   Objections to this matter must be in writing and filed with the Clerk on or before August 16, 2021 at

                        U.S. Bankruptcy Court
                        402 East State Street
                        Trenton, NJ 08608

   In the event a timely objection is filed, a hearing will be held before the Honorable Judge Christine M. Gravelle on:

   DATE:           August 31, 2021
   TIME:            11:00 AM
   COURTROOM:   3

Dated: July 26, 2021
JAN: mrg

                                                            Jeanne Naughton
                                                            Clerk